## Commonwealth *v.* Smulek, Appellant.

Submitted January 6, 1969. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

560

*Carl J. Smulek,* appellant, in propria persona.

*James E. O'Brien,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 23, 1969:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.